**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| JANE DOE, JANET DOE, and JILL DOE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HCA HEALTHCARE, INC., and URGENT CARE ENTERPRISE, LLC, d/b/a CARENOW,<br><br>Defendants. | **CASE NO. 3:26-CV-00993**<br><br>**DISTRICT JUDGE CRENSHAW**<br><br>**MAGISTRATE JUDGE HILL** |

**UNOPPOSED MOTION TO ENTER AGREED ORDER FOR RESPONSIVE PLEADINGS**

For the reasons set forth in the attached Proposed Agreed Order, Defendants hereby request that the Court enter a revised briefing schedule for the submissions related to Defendants' anticipated motion to dismiss the Plaintiffs' Class Action Complaint. A proposed agreed order is submitted herewith.

Respectfully submitted,

*/s/ Kathryn Hannen Walker*
W. Brantley Phillips, Jr. (018844)
Kathryn Hannen Walker (027094)
Taylor M. Sample (034430)
**BASS, BERRY & SIMS PLC**
21 Platform Way South, Suite 3500
Nashville, TN 37203
(615) 742-6200
bphillips@bassberry.com
kwalker@bassberry.com
taylor.sample@bassberry.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 1st day of October, 2026, the foregoing was filed electronically filed with the Clerk of Court and sent to all parties indicated on the electronic filing report, including:

J. Gerard Stranch, IV
Grayson Wells
**STRANCH JENNINGS & GARVEY PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
gstranch@stranchlaw.com
gwells@stranchlaw.com

*/s/ Kathryn Hannen Walker*