**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| JANE DOE, JANET DOE, and JILL DOE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HCA HEALTHCARE, INC., and URGENT CARE ENTERPRISE, LLC, d/b/a CARENOW,<br><br>Defendants. | **CASE NO. 3:26-CV-00993**<br><br>**DISTRICT JUDGE CRENSHAW**<br><br>**MAGISTRATE JUDGE HILL** |

**AGREED ORDER FOR RESPONSIVE PLEADINGS**

Before the Court is the parties' agreed order setting a briefing schedule for the submissions related to Defendants' anticipated motion to dismiss the Plaintiffs' Class Action Complaint. On July 15, 2026, before the case was removed to this Court, the Tennessee Circuit Court for the 20th Judicial District entered the parties' agreed order establishing deadlines in connection with the Defendants' anticipated motion to dismiss. Due to a medical emergency, the parties agreed to a one-week extension for each of the deadlines set forth in the prior agreed order.

For good cause shown, the Court orders the following deadlines in connection with Defendants' anticipated motion to dismiss:

| **Brief** | **Proposed Date** |
|---|---|
| Defendants' Opening Brief | October 9, 2026 |
| Plaintiffs' Opposition | December 11, 2026 |
| Defendants' Reply | January 8, 2027 |

It is so ORDERED this _____ day of October, 2026.

WAVERLY D. CRENSHAW, JR.
United States District Court Judge

**APPROVED FOR ENTRY:**

*/s/ Grayson Wells (with permission)*
J. Gerard Stranch, IV (023045)
Grayson Wells (039658)
**STRANCH JENNINGS & GARVEY PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
(615) 254-8801
gstranch@stranchlaw.com

*Attorneys for Plaintiffs*

*/s/ Kathryn Hannen Walker*
W. Brantley Phillips, Jr. (018844)
Kathryn Hannen Walker (027094)
Taylor M. Sample (034430)
**BASS, BERRY & SIMS PLC**
21 Platform Way South, Suite 3500
Nashville, TN 37203
(615) 742-6200
bphillips@bassberry.com
kwalker@bassberry.com
taylor.sample@bassberry.com
*Attorneys for Defendants*



Case 3:26-cv-00993 Document 17-1 Filed 10/01/26 Page 2 of 2 PageID #: 291