**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

JANE DOE, JANET DOE, and JILL DOE, individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

HCA HEALTHCARE, INC., and URGENT CARE ENTERPRISE, LLC, d/b/a CARENOW,

Defendants.

**CASE NO. 3:26-CV-00993**

# ORDER

The parties' motion to enter agreed order for responsive pleadings (Doc. No. 17) for the submissions related to Defendants' anticipated motion to dismiss the Plaintiffs' Class Action Complaint is **GRANTED**.

For good cause shown, the Court orders the following deadlines in connection with Defendants' anticipated motion to dismiss:

| Brief | Proposed Date |
|---|---|
| Defendants' Opening Brief | October 9, 2026 |
| Plaintiffs' Opposition | December 11, 2026 |
| Defendants' Reply | January 8, 2027 |



Case 3:26-cv-00993 Document 18 Filed 10/02/26 Page 1 of 2 PageID #: 292

IT IS SO ORDERED.

WAVERLY D. CRENSHAW, JR.
United States District Court Judge